

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2014

No. 04-13-00845-CV

Eric C. **SANDERS** and Carrie L. Sanders,
Appellants

v.

**AMERICAN HOME MORTGAGE SERVICING, INC.**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17353
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

The Appellant's Motion to file Brief out of Time is GRANTED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2014.

Keith E. Hottle
Clerk of Court